UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

JEFFREY D. BUTLER, CLEMENTENE
BUTLER, AINEISHA BUTLER,
and MALEIK BUTLER, Individually,

                                                                             JUDGMENT IN A CIVIL CASE

    Plaintiffs,

v.                                                                       No.    1:23-1054-STA-jay

MAYOR SCOTT CONGER, IN HIS
OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY,
LEWIS L. COBB, IN HIS OFFICIAL CAPACITY
AND INDIVIDUAL CAPACITY, AND THE CITY OF JACKSON,
MADISON COUNTY, TENNESSEE,

    Defendants.

---

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the ORDER ADOPTING REPORT AND RECOMMENDATION FOR DISMISSAL, ORDER OF DISMISSAL, AND ORDER CERTIFYING APPEAL NOT TAKE IN GOOD FAITH entered on January 4, 2024, this cause is hereby DISMISSED.

                                                     APPROVED:

                                                s/ S. THOMAS ANDERSON
                                                UNITED STATES DISTRICT JUDGE

                                                DATE: January 5, 2024

WENDY R. OLIVER
Clerk of Court

                                                s/Blair Moore
                                                (By)    Deputy Clerk